**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **ROBERT GROVE** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Case No. 4:13CV693** |
| | § | |
| **CITIBANK, N.A., as Successor Trustee** | § | |
| **to U.S. Bank National Association as** | § | |
| **Trustee Trust 2007-HF1 Mortgage Pass-** | § | |
| **Through Certificates, Series 2007-HF1** | § | |
| | § | |
| **Defendant.** | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 30, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Dismiss Plaintiff's Original Petition (Dkt. 11) be GRANTED, that Plaintiff's breach of contract claims against Citibank be dismissed with prejudice, and that Plaintiff's claims for injunctive relief be dismissed for lack of jurisdiction.

The court has made a *de novo* review of the objections raised by Plaintiff (*see* Dkt. 21), as well as Defendant's response (*see* Dkt. 30), and is of the opinion that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit as to the ultimate findings of the Magistrate Judge. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, Defendant's Motion to Dismiss Plaintiff's Original Petition (Dkt. 11) is GRANTED, Plaintiff's breach of contract claims against Citibank are dismissed with prejudice, and Plaintiff's claims for injunctive relief are dismissed for lack of jurisdiction.

**IT IS SO ORDERED.**

**SIGNED this the 29th day of September, 2014.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE